IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,

v.

LT. BRAEMER and NURSE GORSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-52-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Jessie Williams' failure to comply with Fed. R. Civ. P. 8.

_____      _3/8/11_
Peter Oppeneer, Clerk of Court          Date